UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 20-1931-DMG (Ex) | Date | December 7, 2021 |
| Title | *Kirk Kara Corp. v. Western Stone and Metal Corp., et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE**

On June 17, 2021, the Court ordered the parties participate in a mediation conference by November 22, 2021. [Doc. # 44.] As required by the Court's June 17, 2021 Order, a joint status report re settlement was due seven (7) days after the mediation conference. To date, a joint status report re settlement has not been filed.

IT IS HEREBY ORDERED that the parties show cause in writing no later than **December 14, 2021**, why sanctions should not be imposed for failure to comply with the Court's Order. The filing of a joint status report re settlement by the deadline will be deemed a satisfactory response.

IT IS SO ORDERED.