Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Frank R. Trechsel (SBN 312199)
ftrechsel@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KARA CORP., a California corporation, <br><br> , <br><br> v. <br><br> WESTERN STONE & METAL CORP., doing business as SHANE CO., a Colorado corporation; and DOES 1 through 10, <br><br> Defendants. | Case No.: 2:20-cv-01931-DMG-E <br> *Honorable Dolly M. Gee Presiding* <br><br> **JOINT STATUS REPORT AND RESPONSE TO ORDER TO SHOW CAUSE** |

*TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:*

PLEASE TAKE NOTICE THAT the parties hereby respectfully submit this joint status report re settlement and response to the Court's December 7, 2021, Order to Show Cause filed under docket no. 46 ("Order"). The parties respectfully requests that the Order be discharged or continued for the following reasons:

1

JOINT STATUS REPORT AND RESPONSE TO ORDER TO SHOW CAUSE

The parties reached a settlement to resolve the action at the settlement conference, but a dispute concerning certain terms followed. The parties have since mediated the matter amongst themselves and reached a final settlement. The parties have agreed to a final full-length settlement agreement and are moving forward with performance under that agreement. The parties anticipate being able to stipulate to a dismissal of this action within the next thirty (30) days.

Given the foregoing, the parties respectfully request that the Order be discharged so that the parties can discharge their responsibilities under the settlement agreement and file the appropriate dismissal.

Respectfully submitted,

Dated: December 14, 2021       By:   /s/ Scott Alan Burroughs
                                     Scott Alan Burroughs, Esq.
                                     Trevor W. Barrett, Esq.
                                     DONIGER / BURROUGHS
                                     Attorneys for Plaintiff

Dated:  December 14, 2021      By:   /s/ Mark Smith
                                     Mark Smith, Esq.
                                     FAIRFIELD & WOODS, P.C.
                                     Lawrence M. Hadley
                                     Thomas P. Burke Jr.
                                     GLASER WEIL FINK HOWARD
                                     AVCHEN & SHAPIRO LLP
                                     Attorneys for Defendant Western Stone
                                     & Metal Corp.

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.